NUMBER 13-05-150-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
WESLACO MOTORS, L.P. D/B/A WESLACO MOTORS,          Appellant,

v.

ANDRES BEJARANO,                                                         Appellee.
____________________________________________________________________

On appeal from County Court at Law No. 5 
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, WESLACO MOTORS, L.P. D/B/A WESLACO MOTORS, attempted to
perfect an appeal from a judgment entered by County Court at Law No. 5 of Hidalgo
County, Texas, in cause number CL-04-2797-E. After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. In the motion, appellant states that this
case has been resolved and appellant no longer wishes to prosecute this appeal. 
Appellant requests that this Court dismiss the appeal and that costs on appeal be
taxed against the party incurring same.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 21st day of April, 2005.